UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24099-CIV-ALTONAGA/Goodman

**AIX SPECIALTY
INSURANCE COMPANY**,

    Plaintiff,

v.

**AMY DGINGUERIAN**, *et al.*,

    Defendants.

_____/

## FINAL JUDGMENT

Pursuant to the Order [ECF No. 87] denying Plaintiff/Counter-Defendant, AIX Specialty Insurance Company's Motion for Final Summary Judgment [ECF No. 61], it is

**ORDERED AND ADJUDGED** that final judgment is entered in favor of Defendant/Counter-Plaintiff, Porky's Cabaret, Inc., and Defendants Amy Dginguerian, *et al.*, against Plaintiff/Counter-Defendant, AIX Specialty Insurance Company.

**DONE AND ORDERED** in Miami, Florida, this 20th day of September, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record