UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24099-CIV-ALTONAGA/Goodman

**AIX SPECIALTY
INSURANCE COMPANY**,

      Plaintiff,
v.

**AMY DGINGUERIAN**, *et al.*,

      Defendants.
_____/

## AMENDED FINAL JUDGMENT

This cause came before the Court *sua sponte*. In accordance with the Order [ECF No. 87] denying Plaintiff/Counter-Defendant, AIX Specialty Insurance Company's Motion for Final Summary Judgment [ECF No. 61], it is

**ORDERED AND ADJUDGED** that final judgment is entered in favor of Defendant/Counter-Plaintiff, Porky's Cabaret, Inc., and Defendants Amy Dginguerian, *et al.*, against Plaintiff/Counter-Defendant, AIX Specialty Insurance Company with respect to Plaintiff/Counter-Defendant's duty to defend the Underlying Litigation.[1] Plaintiff/Counter-Defendant's request for declaratory relief with respect to its duty to indemnify Defendant/Counter-Plaintiff, Porky's Cabaret, Inc. is **DISMISSED** without prejudice as premature.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of September, 2019.

                                                  **CECILIA M. ALTONAGA
                                                UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] *Dginguerian v. Porky's Cabaret*, Case No. 18-cv-22231 (S.D. Fla. filed June 5, 2018).